# Exhibit "A"



# Exhibit "B"



Inner Lobby (Atrium) of Embassy Suites in Colorado Springs/ Credit: Colorado

The newly renovated Embassy Suites Colorado Springs hotel is conveniently located just minutes from the major businesses and corporate offices in the area, as well as popular local attractions. Whereas nearby is the United States Air Force Academy and the U.S. Olympic Training Center. Whereas also near the hotel are: Pike's Peak and its highway, the famous International Hill Climb Event, high-tech corporations, white water rafting, rock climbing, skiing, horseback riding, fishing, jeep tours, hiking trails, and some of Colorado's premier cycling. With total transformation, this Colorado Springs hotel recently completed a floor-to-ceiling renovation. The new atrium features modern decor and a sophisticated ambiance that's warm and inviting. The all-suite guest rooms also received a complete makeover: every suite received updated lighting, furnishings, flooring, upgraded amenities plus new bedding and mattress systems.

## The Broadmoor Hotel



Outside view of The Broadmoor Hotel / Credit: Pinterest

The Broadmoor welcomes guests to a legendary Forbes Five-Star and AAA Five-Diamond resort with impeccable service and distinctive amenities. Here, the spirit of the West inspires the adventurer within, providing endless opportunities to explore the picturesque mountains, streams, and canyons that have inspired generations. You can experience an iconic Colorado Springs resort where personalized luxury offers an escape from the ordinary and modern details that blend seamlessly with the timeless European elegance of our historic hotel.

## Marriott Colorado Springs





Tuesday, August 30, 2022
View as Analog
✓ View as Digital
Open Date & Time Preferences...




