**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

|  |  |  |
|---|---|---|
| JOHN NASCHINSKI, | ) | **Case Number**: 2:23-cv-17 |
| Plaintiff, | ) | |
| v. | ) | |
| YO CORP, and DOES 1 through 10 inclusive, | ) | |
| Defendants. | ) | |

## <u>RULE 7.1 DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff John Naschinski certifies that there is no parent corporation and that no publicly held corporation owns 10 percent or more of the interest in John Naschinski.

Dated: January 13, 2023

Respectfully submitted,
**s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Bar No. 24076924
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8358
(714) 597-6559 facsimile
mhigbee@higbeeassociates.com
*Attorney for Plaintiff*