# Exhibit "A"



# Exhibit "B"

YOAIR Blog  🔍 Search
Yoair.com  About us  Internship  Partnership  Blog Guide  Get Started  Login  Register
Travel Guide   Anthropology   Ancient History   History   Indigenous   Current Events   Art   Myth   Architecture   Ecology   Short Stories   General



TRAVEL GUIDE

# Travel Guide: An Overview of Colorado Springs, Colorado (Little London)

POST VIEWS: 11,765

JULY 30, 2022

#BROADMOOR FALLS, #COLORADO SPRINGS, #COLORADO SPRINGS ZOO, #LITTLE LONDON, #OLYMPIC CITY USA

SHARE THIS:
- TWITTER
- FACEBOOK
- LINKEDIN
- REDDIT
- TUMBLR
- PINTEREST

LIKE THIS:
Like
Be the first to like this.

READING TIME: 9 mins

Did you know that Colorado was known as Little London in its early days? The city was founded in 1871 as a resort town by a Civil War hero. By the name of General William J. Palmer. Whereas today, Olympic City USA is home to more than 55 unique things to see and do. Whether is to enjoy the stunning natural scenery, endless blue skies, and exciting choices for outdoor adventure. You can see where Olympic dreams are born and discover all that Colorado's second-largest city has to offer.

You must be wondering why **Colorado** Springs is called where Olympic dreams are born? Because Colorado Springs is home to the U.S. Olympic and Paralympic Training Centers. Additionally, it is also home to the U.S. Olympic and Paralympic Museum. Subsequently, hopeful Olympians and residents are abundant alike who take pride in exercising at high altitudes.

## Why Should You Go to Colorado Springs?



The Purple Mountains of Colorado Springs/ Credit: Wanderwisdom

It's easy to see why Katharine Lee Bates was inspired to write the lyrics to the famous patriotic ballad "America the Beautiful" from Colorado Springs. Even when you turn your head, you'll see the majestic "purple mountains" the **Colorado** Rockies. As you shift your eyes in the other direction, you find yourself gazing out at "amber waves of grain:" the Great Plains. The beautiful scenery isn't the only reason to head to this charming town. Colorado Springs is also home to institutions such as the Air Force Academy and the Olympic & Paralympic Training Center. And over the years, it's become a cross-section of personalities. Furthermore, take to the streets and share the sidewalks with budding politicos, young families, art lovers, and more. However, everyone stakes their claim on this portion of America the Beautiful.

## How to Get Around in Colorado Springs



A Mountain Metro Transit bus heads north on South Academy Boulevard in Colorado Springs on Monday, December 3, 2018. Photo by Mark / Credit: ColoradoSun

Even when private vehicles prevail in this sprawling metro area. But those without a car and residents in the city's core can take advantage of the public bus system. Find yourself a bus schedule to navigate the sights of Colorado Springs.

Whereas the Mountain Metro Transit has nearly 40 routes, and riders can track buses through Google Maps.

PUBLISHED BY
Rupashi Chhabra 

A lifestyle blogger with a flair for graphic designing and social media marketing.

View all posts by Rupashi Chhabra

Follow Yoair Blog
Select Language


Inspiration in the Air
Book flights and stays for your journey

### Subscribe to Blog via Email

Enter your email address to subscribe to this blog and receive notifications of new posts by email.

Join 345 other subscribers

Email Address

Subscribe


SunBuggy Fun Rentals
Vegas ATV Tours by SunBuggy
VISIT SITE


YOAIR
Blogger Internship



The city has added more bike lanes over the years, and commuter paths connect the downtown area. Whereas bicyclists can enjoy more than 100 miles of on-street routes. Specifically, there are nearly 120 miles of urban bike trails and more than 60 miles of unpaved mountain bike trails.



## Airbnb Recommendations



Cabin Airbnb rental in Colorado Springs/Credit: **The Wanderlust within**

Colorado Springs has homes, hotels, and unique rental spaces for every type of living space that you want for a vacation. Be it the home away from home, which can be comfortable spaces with all the essentials. Additionally, you have the choice of hotels that offer stylish accommodations and luxurious amenities to make your stay memorable. Specifically, there are unique staying options that are more than just a place to sleep and relax.

Let's discover some of the top-rated staying options that you can avail yourself of when you are in Colorado Springs. Specifically, these are the top-rated holiday rentals in Colorado Springs-on the basis of the guest reviews. Furthermore, these stays have a high rating for their location, cleanliness, and more. Click **here** to discover them and select the one that suits your budget and the space you are looking for to stay and enjoy the sights in Colorado Springs.

## Sights to See in Colorado Springs

Colorado Springs and the surrounding region have an overwhelming amount of things to do, see and experience! There are more than 60 man-made and natural attractions to experience. Here are the top-most attractions that need to make your travel itinerary.

## Colorado Springs Zoo



Giraffe Enclosure at the Cheyenne Mountain Zoo/ Credit: **WhereTraveler**

Colorado Springs is home to the Cheyenne Mountain Zoo, voted #4 Best Zoo in North America in 2021's USA TODAY 10Best Readers' Choice Awards. The "America's mountain Zoo" has the exotic animals collection of your dreams, so be sure to bring your camera to capture not only the hundreds of exciting and exotic species. But also the spectacular views of the city of Colorado Springs. Specifically, the Cheyenne Mountain Zoological Society came into existence in 1926 by philanthropist Spencer Penrose. Mainly, to house his growing collection of exotic animals.

Whereas you can say that the Cheyenne Mountain Zoo is like no other – on a mountainside overlooking Colorado Springs.

## The Broadmoor Seven Falls



The Broadmoor Seven Falls / Credit: **TripAdvisor**

Seven Falls in Colorado Springs is the only waterfall in Colorado to make National Geographic's list of international waterfalls. An astounding achievement in itself. Here, visitors can view the scenic wonder of Seven Falls from the top of the 224 step staircase. Instead, you can use the Eagle's Nest viewing platform, which you can access via an elevator. In the evenings, the falls have a beautiful illumination with natural lights.

Here are some hotel recommendations to stay in while in Colorado Springs:

## Embassy Suites Colorado Springs



### Recent Posts

**Fantastic Myths of Peru through Generations of Storytelling**

**Travel Guide: The Hauntingly Mysterious Sea of Trees of the Aokigahara Forest**

**Anthropology: History and Culture of the Emerald Isle, Ireland**

**Muslim Celebration Eid ul-Fitr and Implications during COVID-19**

**Anthropology: The Evolution and Cultural Significance of Music in South Africa**



### Categories

**Ancient History** (78)
**Anthropology** (829)
**Architecture** (25)
**Art** (109)
**Current Events** (141)
**Ecology** (60)
**General** (179)
**History** (223)
**Indigenous** (29)
**Myth** (84)
**Short Stories** (50)
**Travel Guide** (549)





Inner Lobby (Atrium) of Embassy Suites in Colorado Springs/ Credit: Colorado

The newly renovated Embassy Suites Colorado Springs hotel is conveniently located just minutes from the major businesses and corporate offices in the area, as well as popular local attractions. Whereas nearby is the United States Air Force Academy and the U.S. Olympic Training Center. Whereas also near the hotel are: Pike's Peak and its highway, the famous International Hill Climb Event, high-tech corporations, white water rafting, rock climbing, skiing, horseback riding, fishing, jeep tours, hiking trails, and some of Colorado's premier cycling. With total transformation, this Colorado Springs hotel recently completed a floor-to-ceiling renovation. The new atrium features modern decor and a sophisticated ambiance that's warm and inviting. The all-suite guest rooms also received a complete makeover: every suite received updated lighting, furnishings, flooring, upgraded amenities plus new bedding and mattress systems.

### The Broadmoor Hotel



Outside view of The Broadmoor Hotel / Credit: Pinterest

The Broadmoor welcomes guests to a legendary Forbes Five-Star and AAA Five-Diamond resort with impeccable service and distinctive amenities. Here, the spirit of the West inspires the adventurer within, providing endless opportunities to explore the picturesque mountains, streams, and canyons that have inspired generations. You can experience an iconic Colorado Springs resort where personalized luxury offers an escape from the ordinary and modern details that blend seamlessly with the timeless European elegance of our historic hotel.

### Marriott Colorado Springs



The view of a room in Marriott in Colorado Springs/ Credit: Marriott.com

Colorado Springs Marriott is reinventing the way you travel. Especially with their guest rooms, meeting spaces, and state-of-the-art fitness center. With its location near the Rocky Mountains, the hotel makes a perfect home base for outdoor enthusiasts embarking on climbing or hiking excursions at Pikes Peak, Cave of the Winds, and Garden of the Gods. When it's time to enjoy the great indoors, the hotel offers easy access to all the shops and art galleries in downtown Colorado Springs. After a day of exploration, take time to unwind in our newly pet-friendly rooms and suites, and connect to their complimentary Wi-Fi.

### Cabins in Colorado Springs



Luxury Cabin Rental in Colorado/ Credit: Pinterest

Colorado Springs cabins and cozy cottages are the perfect settings for your next getaway. After a day exploring countless winding trails and finding adventure together, kick back, relax and enjoy each other's company in your own, comfy cabin. Nothing feels quite as cozy as playing card games and laughing while snuggled up next to a crackling fireplace. Forget the noise of the city and let the sounds of the mountains serenade you in one of these serene abodes.

### Natural Hot Springs Near Colorado Springs



Conundrum Hot Springs/ Credit: Follow Me Away

Colorado is teeming with natural hot springs, and they are a wonderful way to end a ski day, or just relax for an afternoon. Unfortunately, there are no local options for residents and visitors of Colorado Springs, but, if you are willing to take a drive, there is a nice selection of locations within a 2.5-hour drive, and it can make a great day trip.

### The Hilton Garden Inn in Downtown Colorado Springs





### Vegas ATV Tours by SunBuggy

*The Best Quality ATV Tours are always at SunBuggy. 5 fun runs daily 365 days a year*

VISIT SITE



Room in The Hilton Inn in Downtown Colorado Springs/ Credit: Trivago

Here you can discover a downtown hotel one mile from **Colorado** College. The hotel is ideal for exploring Colorado Springs' nature – Broadmoor Seven Falls, the Garden of the Gods, and the Cheyenne Mountain Zoo are all within seven miles. To satisfy your taste buds, there is a restaurant that offers breakfast and dinner. With a 24-hour Pavilion Pantry and a heated pool, there are sure to be enough amenities for you to enjoy yourself.

## Parks in Colorado Springs

There's nothing quite like hitting a trail here in Colorado Springs. Furthermore, the parks in Colorado Springs and the Pikes Peak region are a great place to take a stroll, walk your dog, see great geological formations or spend some quality time in nature.

### Garden of the Gods Park



Garden of the Gods Park in Colorado Springs/ Credit: Wallpaper cave

The Park is a unique biological melting pot where the grasslands of the Great Plains. Furthermore, it meets the pinon-juniper woodlands characteristic of the American Southwest and merges with the mountain forest of the 14,115-foot Pikes Peak – America's Mountain.

### Cheyenne Mountain State Park



The natural greenery in Cheyenne Mountain State Park / Credit: Colorado.com

Whereas it is situated just south of Colorado Springs and considered one of the "crown jewels" in Colorado's extensive state park system, Cheyenne Mountain State Park represents the protection of one of the last significant open spaces along the southern section of the Colorado Front Range.

Additionally, the 2701 acres of the park lie beneath the eastern flank of Cheyenne Mountain and border the plains of Colorado in a stunning transition from plains to peaks. Furthermore, the land is in remarkable natural condition and diverse wildlife viewing opportunities abound due to the property's relatively undisturbed and unfragmented nature.

Cheyenne Mountain offers superior facilities and recreational opportunities. Firstly, foremost among the park's offerings is the trail system, consisting of 28 miles of hiking and biking trails. Consequently, these pathways allow visitors ample opportunities to explore the park's natural beauty and discover the park's many wild inhabitants. Whereas due to the park's diverse wildlife and fragile eco-systems, dogs are only permitted on certain trails. Leashed pets are welcomed in the park's developed areas, which include the campgrounds and picnic areas.

### Bear Creek Park



A walking pathway through the Bear Creek Regional Park/ Credit: Wikipedia

Bear Creek Regional Park is one of the most frequently used parks in Colorado Springs. You can enjoy 3 miles covering a total of 575 acres, including a garden, pavilion, playground, tennis courts, a dog park, archery range, a horseshoe pit, and a volleyball court.

### Memorial Community Park

Prospect Lake in Memorial Community Park/ Credit: TripAdvisor

community park with its location in Colorado Springs, Colorado. Mainly, it has a wide range of sports facilities, including an indoor and outdoor pool, a recreation center, trails, and Prospect Lake.

While the Colorado and the Rocky Mountain region's largest balloon festival has taken place on Labor Day weekend at Memorial Park since the year 1977.

### Palmer Park



Palmer Park Aerial View/ Credit: UncoverColorado

In particular, Palmer Park is an enormous wilderness preserve. Exciting place for wilderness enthusiasts. Furthermore, it is carefully shielded from urban development in the explosively growing city of Colorado Springs. Despite its status as a municipal park, Palmer Park sprawls over 692 acres (more than a square mile) of the dense northern suburbs of Colorado Springs. Subsequently, it offers extremely convenient access to wilderness-oriented outdoor activities within the heart of a major city.

Whereas visitors to the park can explore its more than 25 miles of trails. Mainly, including both single- double-trackback trails for mountain biking, hiking, and horseback riding. Whether on their horses or those rented from the in-park stables.

### Hot Air Balloon Ride



Hot Air Balloon Ride in Colorado Springs/ Credit: Ava Rafting

What better way to see the Colorado Springs than from the basket of a hot air balloon, the cockpit of a glider, or the seat of a helicopter?

Here you can enjoy 360° views of the mountains and sweeping plains from a hot air balloon in Colorado Springs. Being far above the hustle and bustle of the city below.

### Skiing in Colorado Springs



Skiing in the mountains of  Colorado Springs/ Credit: LivingColoradoSprings

The Colorado Springs Airport itself offers you access to some of the best skiing in the U.S. without the traffic or hassle of I-70. It's highly accessible, to say the least.

Colorado has several of the top Colorado **ski** resorts right here near Colorado Springs. With skiers and snowboarders enjoying the convenience of flying to The Colorado Springs Airport and getting to the slopes faster! You can choose Colorado Springs as your ski basecamp to access some of the best ski terrain that the Rockies have to offer. Here's a quick overview of the nearby Monarch Mountain, Cooper, and Summit Country ski areas:

### 1. Monarch Mountain

 This is a family-friendly resort with its location just **126 miles southwest of Colorado Springs**. It offers a fun and stress-free Colorado skiing experience. This "locals" mountain offers shorter lift lines and cheaper tickets. You can ski on a budget right here.

### 2. Ski Copper

Here you get to skip the crowded lift lines and head to Cooper directly. With only 147 miles northwest of the Colorado Springs Airport, you'll be there in no time at all! Don't forget to book your lift tickets early, and save a lot on a great skiing experience!

### 3. Summit County

You have the choice of choosing from Breckenridge, Keystone, Copper Mountain, Winter Park, and Arapahoe Basin, which are all less than three hours away and easily accessible from Colorado Springs Airport. Subsequently, you can forget the traffic and hassle of traveling from Denver, CO. Instead, fly into COS and take a relaxing, scenic drive through rural Colorado to arrive at the best and most iconic ski resorts in Colorado!

### Conclusion

The Colorado Springs area showcases the best of Colorado. Be it it's endless opportunities for adventure, matchless natural beauty, and the unspoiled spirit of the Wild West. Are you inspired to visit the area tucked at the foot of 14,115-foot Pikes Peak? I mean are you ready to pack a bag for a vacation in Colorado Springs for you or along with your family?

**Related**




**Travel Guide: Top Places to Visit and Explore in the State of Colorado**

**Travel Guide: Top Things to Do in Telluride, Colorado (To-Hell-You-Ride)**

**Travel Guide: Go Skiing in the Best Winter Sports Destinations**

IN "TRAVEL GUIDE"  IN "TRAVEL GUIDE"  July 17, 2022
IN "TRAVEL GUIDE"



Leave a Reply

Enter your comment here...

PREVIOUS
The Fading Yaghan Culture of Tierra Del Fuego

NEXT
Travel Guide: Top Things to Do in Atlanta, Georgia (Dogwood City)

# Exhibit "C"



Outside view of The Broadmoor Hotel / Credit: Pinterest

The Broadmoor welcomes guests to a legendary Forbes Five-Star and AAA Five-Diamond resort with impeccable service and distinctive amenities