# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JOHN NASCHINSKI, § § § *Plaintiff*, § § v. § § CIVIL ACTION NO. 2:23-CV-00017-JRG YO CORP, AND DOES 1 THROUGH 10 § INCLUSIVE, § § § *Defendants*. § | |

## ORDER

Before the Court is the Stipulation of Dismissal with Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff John Naschinski ("Plaintiff") and Defendants Yo Corp and Yo Air, LLC ("Defendants") (collectively, the "Parties"). (Dkt. No. 33). In the Stipulation, the Parties stipulate to dismissal of Plaintiff's claims against Defendants and Does 1 Through 10 Inclusive with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (*Id.* at 1).

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that Plaintiff's claims against Defendants and Does 1 Through 10 Inclusive in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 15th day of February, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE